IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA BLINKHORN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION ) ) FILE No. 1:20-cv-04408-MLB |
| B & B ENTERPRISES, LLP, | ) ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests that the Court retain jurisdiction over this matter until fully resolved. Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated: December 11, 2020.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC

1

                1123 Zonolite Road, N.E., Suite 7-B
                Atlanta, Georgia 30306
                Tel: (404) 365-4460
                Fax: (855) 415-2480
                craig@ehrlichlawoffice.com

## **CERTIFICATE OF SERVICE**

I certify that on December 11, 2020, I filed the within and foregoing Notice of Settlement using the CM/ECF System for the federal District Court for the Northern District of Georgia. A true and correct copy of the same will also be served via electronic mail as follows:

Michael B. Weinstein, Esq.
MBW Law, LLC
3050 Amwiler Road, Suite 200-C
Atlanta, Georgia 30360
Fax: (888) 231-0613
mike.weinstein@mbwlaw.net

                /s/Craig J. Ehrlich
                Craig J. Ehrlich

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

                /s/Craig J. Ehrlich
                Craig J. Ehrlich