IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA BLINKHORN, | ) |
| | ) |
| Plaintiff, | ) |
| | )  CIVIL ACTION |
| v. | ) |
| | )  FILE No. 1:20-cv-04408-MLB |
| B & B ENTERPRISES, LLP, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties have announced that this case has settled. The Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

**SO ORDERED**, this 11th day of December, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure is a docket-control device and will not prejudice the rights of the parties to this litigation in any manner. The parties need only file a motion to reopen the case if settlement negotiations fail.